Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−14799−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leona Hence
   655 Bismarck Ave
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−6243

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/17/22
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 14, 2022
JAN:

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Leona Hence  
Debtor

Case No. 22-14799-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Jun 14, 2022 | Form ID: 132 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leona Hence, 655 Bismarck Ave, Mantua, NJ 08051-1201 |
| 519636613 | + | ADS/Comenity/BJS Club, PO Box 182120, Columbus, OH 43218-2120 |
| 519636617 | + | First Harvest Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 519636620 | + | Full Beauty Brands, 500 S. Mesa Hills Drive, El Paso, TX 79912-5686 |
| 519636621 | + | Fulton Bank, PO Box 4007, Lancaster, PA 17604-4007 |
| 519636629 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519636632 | + | TRAF Group/A-1 Collections, 2297 State Hwy 33, Ste. 906, Trenton, NJ 08690-1717 |
| 519636633 | + | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519636614 | + | Email/Text: g20956@att.com | Jun 14 2022 20:45:00 | AT&T, 208 S. Akard Street, Dallas, TX 75202-4206 |
| 519636615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 14 2022 20:48:27 | CitiBank, NA - Home Depot, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 519636616 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2022 20:47:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519636623 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2022 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519636624 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 14 2022 20:44:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 519636625 | + | Email/PDF: cbp@onemainfinancial.com | Jun 14 2022 20:48:36 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519636626 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2022 20:48:04 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 519636627 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 14 2022 20:45:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519636628 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 14 2022 20:45:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519636630 | | Email/PDF: gecsedi@recoverycorp.com | Jun 14 2022 20:47:57 | Synchrony Bank/Old Navy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 132 | Total Noticed: 20 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519636619 | *+ | First Harvest Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 519636618 | *+ | First Harvest Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 519636622 | *+ | Fulton Bank, PO Box 4007, Lancaster, PA 17604-4007 |
| 519636631 | ##+ | TDRCS/Cub Cadet, 1000 Macarther Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Leona Hence rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3