UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
NJ Bar No. 262092017
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

In Re:

LEONA HENCE,

           Debtor,

Case No.: 22-14799-JNP

Chapter: 13

Adv. No.: _____

Hearing Date: August 9, 2022

Judge: Poslusny

# CERTIFICATION OF SERVICE

1. I, __Keri P. Ebeck__ :

    ☒ represent __OneMain Financial Group, LLC__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __August 12, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Doc. No. 16 Order Granting Motion for Relief from Stay  Re: 2017 Toyota Camry SE 4D Sedan, VIN# 4T1BF1FKXHU805798

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 12, 2022__

/s/ Keri P. Ebeck
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Leona Hence<br>655 Bismarck Ave<br>Mantua, NJ 08051 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Richard S. Hoffman, Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |