Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 22−14799−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leona Hence
   655 Bismarck Ave
   Mantua, NJ 08051

Social Security No.:
   xxx−xx−6243

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 6, 2022.

Dated: October 6, 2022
JAN: kvr

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-14799-JNP

Leona Hence                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                                       Page 1 of 3
Date Rcvd: Oct 07, 2022                Form ID: plncf13                                  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leona Hence, 655 Bismarck Ave, Mantua, NJ 08051-1201 |
| 519636613 | + | ADS/Comenity/BJS Club, PO Box 182120, Columbus, OH 43218-2120 |
| 519636617 | + | First Harvest Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 519636620 | + | Full Beauty Brands, 500 S. Mesa Hills Drive, El Paso, TX 79912-5686 |
| 519636621 | + | Fulton Bank, PO Box 4007, Lancaster, PA 17604-4007 |
| 519685258 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 519636629 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519636632 | + | TRAF Group/A-1 Collections, 2297 State Hwy 33, Ste. 906, Trenton, NJ 08690-1717 |
| 519636633 | + | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 519676732 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519636614 | + | Email/Text: g20956@att.com | Oct 07 2022 20:23:00 | AT&T, 208 S. Akard Street, Dallas, TX 75202-4206 |
| 519676692 | + | Email/Text: g20956@att.com | Oct 07 2022 20:23:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519666808 | + | Email/Text: bankruptcy@cavps.com | Oct 07 2022 20:23:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519636615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2022 20:28:40 | CitiBank, NA - Home Depot, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 519636616 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2022 20:28:36 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519636623 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2022 20:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519636624 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2022 20:22:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 519641358 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519648504 | | Email/PDF: cbp@onemainfinancial.com | | |

Case 22-14799-JNP   Doc 25   Filed 10/09/22   Entered 10/10/22 00:16:31   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 07 2022 20:27:50 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519636625 | + | Email/PDF: cbp@onemainfinancial.com | Oct 07 2022 20:28:51 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 519636626 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:59 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 519636627 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 20:23:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519653793 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 20:23:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519647664 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 07 2022 20:23:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519636628 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 07 2022 20:23:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519681241 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519638118 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636630 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:51 | Synchrony Bank/Old Navy, PO Box 965060, Orlando, FL 32896-5060 |
| 519661904 | + | Email/Text: tdebn@credbankserv.com | Oct 07 2022 20:23:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519636633 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 20:28:53 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 519676732 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2022 20:28:53 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519636618 | *+ | First Harvest Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 519636619 | *+ | First Harvest Credit Union, PO Box 5530, Woodbury, NJ 08096-0530 |
| 519636622 | *+ | Fulton Bank, PO Box 4007, Lancaster, PA 17604-4007 |
| 519636631 | ##+ | TDRCS/Cub Cadet, 1000 Macarther Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2022            Signature:      /s/Gustava Winters

Case 22-14799-JNP    Doc 25    Filed 10/09/22    Entered 10/10/22 00:16:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: plncf13 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor OneMain Financial Group LLC, as Servicer for OneMain Direct Auto Receivable Trust 2021-1 KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Leona Hence rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5