Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 22-14799 (JNP)**

Leona Hence
655 Bismarck Avenue
Mantua, NJ  08051

Monthly Payment: $768.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2024 | $575.00 | 01/12/2024 | $500.00 | 02/08/2024 | $575.00 | 03/08/2024 | $575.00 |
| 03/14/2024 | $400.00 | 04/08/2024 | $575.00 | 04/10/2024 | $500.00 | 05/08/2024 | $575.00 |
| 05/10/2024 | $425.00 | 06/10/2024 | $575.00 | 07/09/2024 | $575.00 | 08/08/2024 | $575.00 |
| 09/10/2024 | $575.00 | 10/08/2024 | $575.00 | 11/08/2024 | $575.00 | 12/09/2024 | $575.00 |
| 12/20/2024 | $650.00 | 12/30/2024 | $650.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LEONA HENCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $4,388.00 | $0.00 | $2,283.50 |
| 1 | ADS/COMENITY/BJS CLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AT&T MOBILITY II, LLC | 33 | $1,837.92 | $170.63 | $1,667.29 | $0.00 |
| 3 | CITIBANK, NA - HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $856.01 | $79.47 | $776.54 | $0.00 |
| 5 | FIRST HARVEST CREDIT UNION | 33 | $9,645.81 | $895.51 | $8,750.30 | $0.00 |
| 6 | FULL BEAUTY BRANDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FULTON BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $4,798.92 | $4,798.92 | $0.00 | $3,638.05 |
| 9 | KOHLS/CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $17,991.33 | $1,670.29 | $16,321.04 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $168.92 | $15.68 | $153.24 | $0.00 |
| 12 | ROCKET MORTGAGE, LLC | 24 | $114.02 | $114.02 | $0.00 | $114.02 |
| 13 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STATE OF NEW JERSEY | 28 | $2,447.15 | $2,447.15 | $0.00 | $1,855.19 |
| 15 | LVNV FUNDING, LLC | 33 | $2,662.22 | $247.15 | $2,415.07 | $0.00 |
| 16 | TD RETAIL CARD SERVICES | 33 | $1,585.86 | $147.23 | $1,438.63 | $0.00 |
| 17 | CAVALRY SPV I, LLC | 33 | $450.62 | $41.84 | $408.78 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $97.31 | $97.31 | $0.00 | $97.31 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $646.99 | $60.06 | $586.93 | $0.00 |
| 23 | LVNV FUNDING, LLC | 33 | $28,731.73 | $2,667.42 | $26,064.31 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $182.41 | $16.93 | $165.48 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|------------|------------------|
| 25 | FIRST HARVEST CREDIT UNION | 33 | $1,208.62 | $112.21 | $1,096.41 | $0.00 |
| 26 | FIRST HARVEST CREDIT UNION | 33 | $5,330.92 | $494.92 | $4,836.00 | $0.00 |
| 27 | WELLS FARGO BANK, N.A. | 33 | $72.92 | $6.77 | $66.15 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 07/01/2022 | 2.00 | $0.00 |
| 09/01/2022 | Paid to Date | $1,150.00 |
| 10/01/2022 | 57.00 | $768.00 |
| 07/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,025.00 |
| Total paid to creditors this period: | $7,988.07 |
| Undistributed Funds on Hand: | $1,170.00 |
| Arrearages: | $156.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**