Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 22-14799 (JNP)

Leona Hence
655 Bismarck Avenue
Mantua, NJ  08051

Monthly Payment: $768.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2025 | $768.00 | 01/13/2025 | $156.00 | 02/10/2025 | $768.00 | 03/10/2025 | $768.00 |
| 04/08/2025 | $768.00 | 05/08/2025 | $768.00 | 06/09/2025 | $768.00 | 07/09/2025 | $768.00 |
| 08/08/2025 | $768.00 | 09/09/2025 | $768.00 | 10/08/2025 | $768.00 | 11/10/2025 | $768.00 |
| 12/08/2025 | $768.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LEONA HENCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $4,388.00 | $0.00 | $0.00 |
| 1 | ADS/COMENITY/BJS CLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AT&T MOBILITY II, LLC | 33 | $1,837.92 | $400.16 | $1,437.76 | $170.63 |
| 3 | CITIBANK, NA - HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $856.01 | $186.38 | $669.63 | $79.47 |
| 5 | FIRST HARVEST CREDIT UNION | 33 | $9,645.81 | $2,100.15 | $7,545.66 | $895.51 |
| 6 | FULL BEAUTY BRANDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FULTON BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $4,798.92 | $4,798.92 | $0.00 | $1,160.87 |
| 9 | KOHLS/CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $17,991.33 | $3,917.21 | $14,074.12 | $1,670.29 |
| 11 | LVNV FUNDING, LLC | 33 | $168.92 | $36.78 | $132.14 | $15.68 |
| 12 | ROCKET MORTGAGE, LLC | 24 | $114.02 | $114.02 | $0.00 | $0.00 |
| 13 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STATE OF NEW JERSEY | 28 | $2,447.15 | $2,447.15 | $0.00 | $591.96 |
| 15 | LVNV FUNDING, LLC | 33 | $2,662.22 | $579.64 | $2,082.58 | $247.15 |
| 16 | TD RETAIL CARD SERVICES | 33 | $1,585.86 | $345.28 | $1,240.58 | $147.23 |
| 17 | CAVALRY SPV I, LLC | 33 | $450.62 | $89.38 | $361.24 | $41.84 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WELLS FARGO BANK, N.A. | 24 | $97.31 | $97.31 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | LVNV FUNDING, LLC | 33 | $646.99 | $134.61 | $512.38 | $60.06 |
| 23 | LVNV FUNDING, LLC | 33 | $28,731.73 | $6,255.68 | $22,476.05 | $2,667.42 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $182.41 | $37.97 | $144.44 | $16.93 |
| 25 | FIRST HARVEST CREDIT UNION | 33 | $1,208.62 | $263.15 | $945.47 | $112.21 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 26 | FIRST HARVEST CREDIT UNION | 33 | $5,330.92 | $1,160.68 | $4,170.24 | $494.92 |
| 27 | WELLS FARGO BANK, N.A. | 33 | $72.92 | $8.82 | $64.10 | $6.77 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 07/01/2022 | 2.00 | $0.00 |
| 09/01/2022 | Paid to Date | $1,150.00 |
| 10/01/2022 | 57.00 | $768.00 |
| 07/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,372.00 |
| Total paid to creditors this period: | $8,378.94 |
| Undistributed Funds on Hand: | $715.02 |
| Arrearages: | $0.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**